# MAYOR AND CITY COUNCIL OF BALTIMORE ET AL. *v.* ELLIS G. KRUPNICK.

[No. 34, January Term, 1930.]

*Decided March 14th, 1930.*

The cause was argued, together with that next preceding, before BOND, C. J., URNER, ADKINS, DIGGES, PARKE, and SLOAN, JJ.

*Allen A. Davis,* with whom was *A. Walter Kraus* on the brief, for the appellants.

*Harry J. Green,* with whom was *Harry O. Levin* on the brief, for the appellee.

PARKE, J., delivered the opinion of the Court.

This case involves the right of removal of an application for mandamus from the court of its origin to a court of another judicial circuit for trial. A similar question was presented in the appeal of the Mayor and City Council of Baltimore and others against Harry Libowitz and wife, No. 33 of the January term of this court. For the reasons there stated, it will be necessary to affirm the order in this case.

*Order affirmed, with costs.*